IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-53-BO

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br>Plaintiff,<br><br>v.<br><br>NONA POWERS, STEPHEN WINN, COLLIN YARBROUGH, RICK BAREFOOT, and STEVEN PENNY,<br>Defendants. | O R D E R |

This cause comes before the Court following referral to United States Magistrate Judge James Gates for memorandum and recommendation on defendant Collin Yarbrough's motion for partial summary judgment. 28 U.S.C. § 636(b)(1)(B). Judge Gates filed a memorandum and recommendation (M&R) on April 3, 2014, and no party has filed any objections thereto.

A district court is required to review de novo those portions of an M&R to which a party timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). De novo review is not required when an objecting party makes only general or conclusory objections that do not direct a court to a specific error in the magistrate judge's recommendations. *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Further, when "objections to strictly legal issues are raised and no factual issues are challenged, de novo review may be dispensed with." *Id.*

As no objections were filed, the Court has reviewed the M&R for plain error and finds none. Accordingly, the Court ADOPTS the M&R [DE 100] and DENIES defendant

Yarbrough's motion for partial summary judgment. [DE 94]. As the time for filing dispositive motions in this matter has passed, the clerk is DIRECTED to refer this matter for pretrial conference.

SO ORDERED, this __16__ day of May, 2014.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2