IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>GARNER et al.,<br>    Defendants.<br><br>AND RELATED CLAIMS | Case No. 5:12cv53-BO |

## ORDER

This matter is before the Court upon the request of Plaintiff Slep-Tone Entertainment Corporation, Defendants Collin Yarbrough and Steven Penny, and Counterclaim-Defendants David and Jennifer Price to refer the case for a judicial settlement conference. For good cause shown, the request is GRANTED, and this matter is referred for a Court-Hosted Settlement Conference pursuant to Rule 101.2 of the Local ADR Rules.

This 23 day of June, 2014.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE