IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br>Plaintiff,<br><br>v.<br><br>GARNER et al.,<br>Defendants.<br><br>AND RELATED CLAIMS | CIVIL ACTION NO.<br>5:12-cv-53-BO |

## ORDER

This matter is before the Court on the Motion (Doc. 117) of Plaintiff Slep-Tone Entertainment Corporation to dismiss all claims against the sole remaining defendant in this action, Stephen Winn, without prejudice. For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that all claims against Defendant Stephen Winn are hereby dismissed without prejudice.

The Clerk is directed to CLOSE this case.

SO ORDERED this __14__ day of January, 2015.

Terrence Boyle
United States District Judge
Terrence W. Boyle

1